force and violence to certain employees of the said St. Regis Paper Company did wrongfully and unlawfully commit an assault upon such employees and persons and wrongfully, unlawfully and feloniously break, demolish and injure both the personal and real property of the said St. Regis Paper Company and by means of such unlawful acts did then and there disturb the public peace.

*T. Arthur Hendricks* and *John Conboy* for appellant. *Jerome B. Cooper, District Attorney,* for respondent.

Judgment affirmed in accordance with the provisions of section 542 of the Code of Criminal Procedure; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, HOGAN, POUND, McLAUGHLIN and ANDREWS, JJ.

---

ROBERT G. SCOTT et al., Respondents, *v.* SENECA RIVER POWER COMPANY; Appellant.

*Scott v. Seneca River Power Co.,* 167 App. Div. 951, affirmed.
(Argued November 20, 1917; decided December 4, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 15, 1915, affirming a judgment in favor of plaintiffs entered upon the report of a referee. This action was brought to recover a balance claimed to be due for labor performed and materials furnished to the defendant by the plaintiffs under a certain contract or agreement to perform work and furnish materials in the construction of a substructure for an electric power plant, and also to recover for the rental value of certain electric equipment claimed to have been furnished by the plaintiffs to the defendant and used upon such construction work. The answer of the defendant denied that the plaintiffs performed the contract in accordance with its terms, and denied that plaintiffs furnished the labor and materials claimed to have been furnished,

and alleged that the defendant had paid in full before the commencement of the action for all work performed and materials furnished.  The answer contained also two counterclaims, the first being for damages for failure to carry out the terms of the contract, and for moneys expended by the defendant in completing the work and furnishing materials, and the second being for rental and damages to certain equipment furnished by defendant for use on the work.

*William F. Canough* for appellant.

*Stewart F. Hancock* and *James R. Shea* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, POUND, MCLAUGHLIN and ANDREWS, JJ.  Not sitting: HOGAN, J.